**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,**

        **Plaintiff,**                                **Civil Action No. 14-cv-3385**

        **v.**                                      **Judge Dow**

**AUTOZONE, INC., and
AUTOZONERS, LLC,**

        **Defendants.**

**PLAINTIFF EEOC'S NOTICE OF SUPPLEMENTAL AUTHORITY**

EEOC files this notice of supplemental authority in further support of its response to AutoZone's motion for summary judgment. In a newly decided case, *Staney v. Forest River, Inc.*, No. 21-1539, 2022 WL 2187794 (7th Cir. June 17, 2022) (attached as Exhibit A), the Seventh Circuit reversed summary judgment granted to the defendant, concluding that issues of fact existed regarding notice to the employer because "for the purposes of summary judgment, [the Court] must view the evidence in the light of [non-moving party] and credit that the conversation with [the company] occurred, and that [the company] was on notice…" *Id.* at *5. *Staney* therefore provides further support for EEOC's position raised on pages 33-45 of the EEOC's *Combined Memorandum in Support of Its Motion for Partial Summary Judgment and Response to Defendant's Motion for Summary Judgment* ("*Combined Memo*") (Doc. #280, Pages 42-54 of 59)[1].

---

[1] The ECF header stamp for Doc. #280 contains the same PageID for each page, therefore the EEOC cites to the page X of 59 of the ECF header.

June 28, 2022                    Respectfully Submitted,

                                 /s Miles Shultz
                                 Miles Shultz
                                 Trial Attorney

                                 U.S. Equal Employment
                                  Opportunity Commission
                                 230 S. Dearborn, Suite 2920
                                 Chicago, IL 60604

                                 ATTORNEY FOR PLAINTIFF