FILED
AUG 22 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CASE Nv 14-CV-3385
EQUAL EMPLOYMENT OPPERTUNITY (COMMISSION) V AUTOZONE

I, HERMAN MATASAR, ARE A PARTY TO ABOVE CASE (EEOC)

I WAS UNDER THE IMPRESSION THAT THIS CASE WAS TO GO TO TRIAL IN JUNE 2023.

I HAVE TRIED TO REACH MY ATTORNEYS INVOLVED ETHAN COHEN AND MS KELLY BUNCH I HAVE HAD NO CONTACT WITH EITHER FOR A LONG TIME

THEY REFUSE TO TAKE MY PHONE CALLS, HAVE BLOCKED MY EMAILS, AND WONT ANSWER LETTERS

PLEASE LET ME KNOW WHAT IS GOING ON

HERMAN MATASAR 1802458
WASHOE COUNTY DETENTION CENTER
911 PARR BLVD
RENO NEVADA 89512

THANK YOU

Herman E Matasar
HERMAN E MATASAR

HERMAN MATASAR
911 PARR BLVD
RENO NV 89512

ATTN
JUDGE
ROBERT M DOW JR

UNITED STATES DISTRICT COURT
NORHTERN ILL DIVISION
219 S DEARBORN ROOM 1637
CHICAGO IL 60604-1706