IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

    v.

AUTOZONE, INC., and
AUTOZONERS, LLC,

    Defendants.

Civil Action No. 14-cv-3385

Judge Alonso

### EEOC'S RESPONSE TO LETTER FROM HERMAN MATASAR

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") files the following response to the Letter from Herman Matasar. Dkt. 356.

EEOC takes seriously the concerns contained in the letter and its obligations to the Aggrieved Individuals in this case, including Mr. Matasar. Immediately after becoming aware of Mr. Matasar's concerns via his letter to the Court, EEOC reached out to Mr. Matasar by email and letter to the address included in his letter. EEOC's communication updates him on the status of the Autozone trial. EEOC is making ongoing efforts to reach him via phone.

EEOC also states that no attorney for EEOC has refused to take phone calls from Mr. Matasar, and EEOC has not received any emails or letters from Mr. Matasar since May 10, 2022. EEOC spoke to Mr. Matasar in September 2022. On February 15, 2023, EEOC contacted Mr. Matasar's criminal defense attorney to inquire about the status of his criminal case, and provided information about this case.

Date: August 28, 2023

Respectfully Submitted

s/ Jonathan Delozano
Jonathan Delozano
Trial Attorney

Deborah Hamilton
Assistant Regional Attorney

Miles Shultz
Trial Attorney

U.S. Equal Employment
Opportunity Commission
230 S. Dearborn St. Suite 2920
Chicago, IL 60604