## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

U.S. Equal Employment Opportunity Commission

                Plaintiff,

v.                 Case No.: 1:14−cv−03385
                Honorable Jorge L. Alonso

Autozone, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint Motion to dismiss [372] is granted. This case is dismissed with prejudice. Pretrial conference previously set for 9/27/23, jury trial previously set for 10/10/23 and all deadlines are stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.